# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2018

## NO. 03-16-00607-CV

**The City of Austin, Appellant**

**v.**

**Donald Baker, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND**
**AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the district court's August 22, 2016, order denying the City of Austin's plea to the jurisdiction and motion for summary judgment. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.